# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| HAROLD E. RUTILA, IV,<br><br>*Plaintiff,*<br><br>vs.<br><br>NATIONWIDE LOAN CONSULTANTS & ADVISORS, LLC, et al<br><br>*Defendants*. | Civil Action No.<br>2:25-cv-11572-LVP-EAS<br><br>Assigned to Honorable Linda V. Parker<br>Referred to Honorable Elizabeth A. Stafford<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Harold E. Rutila IV hereby notifies the Court that the parties have agreed to privately settle this matter. Plaintiff anticipates filing a notice of voluntary dismissal of all claims within 14 days. Therefore, the parties respectfully request that all current deadlines be suspended pending the filing of the dismissal notice.

Respectfully submitted,

DATED: JULY 31, 2025

*s/ Harold E. Rutila, IV*

Harold E. Rutila, IV
*Pro Se*
11800 Merriman Rd #51552
Livonia, MI 48151
(810) 845-3497
h.rutila@gmail.com

**CERTIFICATE OF SERVICE**

On July 31, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Michigan, using the electronic case filing system of the court. I hereby certify that I have served Defendants' counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*s/ Harold E. Rutila, IV*
Harold E. Rutila, IV
*Pro Se*
