**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

HAROLD E. RUTILA, IV,

*Plaintiff,*

vs.

NATIONWIDE LOAN CONSULTANTS & ADVISORS, LLC, et al.

*Defendants*.

Civil Action No.
2:25-cv-11572-LVP-EAS

Assigned to Honorable Linda V. Parker
Referred to Honorable Elizabeth A. Stafford

**NOTICE OF VOLUNTARY DISMISSAL**

The parties have agreed to privately settle all claims alleged in this case. Pursuant to FED. R. CIV. PROC. 41(a), Plaintiff provides this Notice of Voluntary Dismissal and requests that the Court dismiss this case with prejudice.

Respectfully submitted,

DATED: AUGUST 8, 2025

*s/ Harold E. Rutila, IV*

Harold E. Rutila, IV
*Pro Se*
11800 Merriman Rd #51552
Livonia, MI 48151
(810) 845-3497
h.rutila@gmail.com

**CERTIFICATE OF SERVICE**

On August 8, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Michigan, using the electronic case filing system of the court. I hereby certify that I have served Defendants' counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*s/ Harold E. Rutila, IV*
Harold E. Rutila, IV
*Pro Se*